UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LILLI GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:09-CV-113-C |
| ) | ECF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on May 27, 2010. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **DISMISSED.**

Dated June 29, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT